UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

_____

| FRANK A. REYES, JR., | : | |
|---|---|---|
| Plaintiff, | : | CIVIL ACTION NO. 3:13-CV-1971 |
| | : | |
| v. | : | (Judge Kosik) |
| | : | |
| CAROLYN W. COLVIN, ACTING | : | |
| COMMISSIONER OF | : | |
| SOCIAL SECURITY, | : | |
| Defendant. | : | |

_____

**ORDER**

AND NOW, THIS 6TH DAY OF OCTOBER, 2015, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge Gerald B. Cohn dated August 31, 2015 (Doc. 20) is **ADOPTED**;

(2) The decision of the Commissioner of Social Security denying Plaintiff's claims for benefits is **AFFIRMED**;

(3) Judgment is entered in favor of the Commissioner of Social Security and against Plaintiff, Frank A. Reyes, Jr.; and,

(4) The Clerk of Court is directed to **CLOSE** this case.

    s/Edwin M. Kosik
    Edwin M. Kosik
    United States District Judge